UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

| | |
|---|---|
| IN RE:  Ted & Stan's Towing Services, Inc.<br><br>TED & STAN'S TOWING SERVICES, INC.,,<br><br>v.<br><br>Tokyo Century (USA); Eastern Funding, LLC; Agentis PLLC; Greenlight Premium Finance Co. Impact Staff Leasing, Inc | CASE NO: 21-10663 AJC<br><br>ADVERSARY CASE NO: 21-01093 AJC<br><br>**CERTIFICATE OF SERVICE DECLARATION OF MAILING**<br>Chapter: 11<br><br>ECF Docket Reference No. 4 |

On 3/30/2021, I did cause a copy of the following documents, described below,

summons and notice of status conference ECF Docket Reference No. 4

Verified Complaint for Temporary Injunction 1

VERIFIED EXPEDITED MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION 2

ORDER SETTING STATUS CONFERENCE AND ESTABLISHING PROCEDURES AND DEADLINES

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, a Administrative Office of the United States Bankruptcy Courts, Approved Notice Provider.  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

DATED: 3/30/2021

/s/ Joel M. Aresty
Joel M. Aresty  197483
Joel M. Aresty P.A.
309 1st Ave S
Tierra Verde, FL  33715
305 904 1903

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

| | |
|---|---|
| IN RE: Ted & Stan's Towing Services, Inc. | CASE NO: 21-10663 AJC |
| | ADVERSARY CASE NO: 21-01093 AJC |
| TED & STAN'S TOWING SERVICES, INC.,, | |
| v. | **CERTIFICATE OF SERVICE** |
| Tokyo Century (USA); Eastern Funding, LLC; Agentis PLLC; Greenlight Premium Finance Co. Impact Staff Leasing, Inc | Chapter: 11 |
| | ECF Docket Reference No. 4 |

On 3/30/2021, a copy of the following documents, described below,
summons and notice of status conference ECF Docket Reference No. 4

Verified Complaint for Temporary Injunction 1

VERIFIED EXPEDITED MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION 2

ORDER SETTING STATUS CONFERENCE AND ESTABLISHING PROCEDURES AND DEADLINES

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 3/30/2021

/s/ Jay S Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Joel M. Aresty
Joel M. Aresty P.A.
309 1st Ave S
Tierra Verde, FL  33715

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

TOKYO CENTURY (USA) INC.
ATTENTION: PRESIDENT
2500 WESTCHESTER AVENUE SUITE 312
PURCHASE NY 10577

EASTERN FUNDING
LLC; ATTENTION: PRESIDENT
213 W 35 STREET
SUITE 1000
NEW YORK NY 10001

AGENTIS PLLC
ATTENTION: CHIEF EXECUTIVE OFFICER
55 ALHAMBRA PLAZA SUITE 800
CORAL GABLES FL 33134

GREENLIGHT PREMIUM FINANCE CO
ATTENTION: PRESIDENT
PO BOX 66501
SAINT LOUIS MO 63166-6501

IMPACT STAFF LEASING INC.
ATTENTION: PRESIDENT
1315 W. INDIANTOWN RD.
SECOND FLOOR
JUPITER FL 33458