

**ORDERED in the Southern District of Florida on March 30, 2021.**

_____
A. Jay Cristol, Judge
United States Bankruptcy Court

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov**

| | |
|---|---|
| *In re:*<br>TED & STAN'S TOWING SERVICES, INC.,<br>    Debtor.                                     / | Case No.: 21-10663-AJC<br><br>Chapter 11 |
| TED & STAN'S TOWING SERVICES, INC.,<br>    Plaintiff<br>*v.*<br>Tokyo Century (USA); Eastern Funding, LLC;<br>Agentis PLLC; Greenlight Premium Finance Co.<br>Impact Staff Leasing, Inc.<br>    Defendants<br>_____/ | Adv. Case No.<br><br>21-01093-AJC |

**AGREED ORDER CONDITIONALLY GRANTING
VERIFIED EXPEDITED MOTION FOR
TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION**

THIS CAUSE came on before the Court 3/25/21 at 2:00 PM on notice of hearing upon the Debtors' Motion; and the Court finding that would be in the best interest of the estate, and creditors, and no objections being raised, it is

ORDERED THAT Tokyo Century (USA) and Eastern Funding, LLC having agreed to a temporary stay for 60 days or until May 23, 2021, the motion is granted, and said defendants do not have to plead to the adversary case at this time.

ORDERED THAT for 60 days or until May 23, 2021, or pending further order of this Court, all defendants shall take no action in state court adverse to Edwyn Martinez, President of Debtor, while he continues to try and confirm a plan of reorganization.

    As to defendants who have not yet appeared in this case this order is conditionally granted, and those defendants Agentis PLLC; Greenlight Premium Finance Co. and Impact Staff Leasing, Inc. may file objections or requests for hearing if they disagree with the 60 day temporary stay.

###

Submitted by: Joel M. Aresty who will serve copies